FILED
2013 JUN 11 A 10: 36

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZHENHUA LOGISTICS (HONG KONG) ) Case No.: CV 13 2658
CO., LTD., a Chinese Corporation )
) DENYING
Plaintiff, ) [PROPOSED] ORDER SEALING
) COMPLAINT
vs. )
)
METAMINING, INC., a California )
Corporation; OURO MINING, INC., an )
Oklahoma Corporation, EWAN )
DEVELOPMENTS LTD., an Alien )
Corporation, LING LI a/k/a LARRY LI, an )
Individual, SONG QIANG CHEN a/k/a )
SONGQIANG CHEN, an Individual, and )
DOES 1 through 20, inclusive )
)
Defendants. )

Plaintiff, Zhenhua Logistics (Hong Kong) Co., Ltd. having submitted an administrative motion to file the Complaint in this action under seal for 30 days after filing, on the basis that the case involves highly confidential business information for both Plaintiff and Defendant, and argument and evidence in support of said motion having been submitted and duly considered, and GOOD CAUSE appearing not therefor,

//
//
//
//

[PROPOSED] ORDER GRANTING MOTION TO FILE COMPLAINT UNDER SEAL

1  IT IS HEREBY ORDERED THAT

2  (1) Said Administrative Motion is ~~Granted~~ Denied;

3  ~~(2) The Complaint in this action shall be filed under seal for 30 days.~~

5  IT IS SO ORDERED.

7  Dated: 6/10/, 2013

Hon. ~~Edward M. Chen~~ RICHARD SEEBORG
United States District Judge

---

2

[PROPOSED] ORDER GRANTING PEI'S MOTION TO SEAL          3:12-CV-002234-EDL