FILED
2013 JUN 11 A 10: 36

KAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZHENHUA LOGISTICS (HONG KONG) CO., LTD., a Chinese Corporation,

    Plaintiff,

vs.

METAMINING, INC., a California Corporation; OURO MINING, INC., an Oklahoma Corporation, EWAN DEVELOPMENTS LTD., an Alien Corporation, LING LI a/k/a LARRY LI, an Individual, SONG QIANG CHEN a/k/a SONGQIANG CHEN, an Individual, and DOES 1 through 20, inclusive

    Defendants.

) Case No.: CV 13 2658
) DENYING
) [~~PROPOSED~~] ORDER SEALING
) COMPLAINT
)
)
)
)
)
)
)
)
)
)

    Plaintiff, Zhenhua Logistics (Hong Kong) Co., Ltd. having submitted an administrative motion to file the Complaint in this action under seal for 30 days after filing, on the basis that the case involves highly confidential business information for both Plaintiff and Defendant, and argument and evidence in support of said motion having been submitted and duly considered, and GOOD CAUSE **not** appearing therefor,

//
//
//
//

[PROPOSED] ORDER GRANTING MOTION TO FILE COMPLAINT UNDER SEAL

1   IT IS HEREBY ORDERED THAT

2   (1) Said Administrative Motion is ~~Granted~~ Denied;

3   ∅ ~~(2) The Complaint in this action shall be filed under seal for 30 days.~~

5   IT IS SO ORDERED.

7   Dated: 6/10/, 2013

Hon. ~~Edward M. Chen~~ RICHARD SEEBORG
United States District Judge

---

2

[PROPOSED] ORDER GRANTING PEI'S MOTION TO SEAL          3:12-CV-002234-EDL