UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHENHUA LOGISTICS (HONG KONG) CO., LTD.,

    Plaintiff,

    v.

METAMINING, INC., *et al.*,

    Defendants.
_____/

No. C-13-2658 EMC

**ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFF'S EX PARTE APPLICATION FOR A WRIT OF ATTACHMENT, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTIVE RELIEF**

**(Docket No. 8)**

Plaintiff has filed suit against Defendants, asserting claims for, *inter alia*, breach of contract and fraudulent transfer. Plaintiff has filed an application, asking that the Court issue a writ of attachment and a temporary restraining order on an ex parte basis (*i.e.*, without notice to Defendants). Plaintiff argues that, if it were required to give notice of its request for relief, there would be "a great danger" that Metamining would divert its assets, including but not limited to any shares in Ouro, outside of California. App. at 12. While the Court is not without any sympathy to Plaintiff's concerns, it does not agree with its position that notice is unnecessary. Plaintiff's application has raised a number of substantial issues that warrant a response, and Defendants should be given the opportunity to respond to such[1] before the Court decides whether a writ of attachment

---

[1] For example, Plaintiff suggests that Mr. Chen and Mr. Li received partial ownership interests in Ouro from Metamining without providing any consideration. Moreover, there is not sufficient information to assess the balance of the hardships.

or injunctive relief is necessary. While Plaintiff asserts there is great urgency, the Court notes that the suspected fraudulent transfers have occurred over a substantial period of time.

Accordingly, the Court hereby orders that Plaintiff *immediately* provide notice to Defendants of (1) the operative complaint, (2) the pending application for relief (including all supporting declaration), and (3) this order. Plaintiff shall provide a proof of service certifying that notice was given (and by what means) no later than 10:00 a.m. on June 13, 2013.

**Defendants' opposition to Plaintiff's application shall be filed by 5:00 p.m., Monday, June 17, 2013. There shall be no reply absent further order. A hearing on Plaintiff's application shall be held on Thursday, June 20, 2013, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: June 12, 2013

_____
EDWARD M. CHEN
United States District Judge