UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENHUA LOGISTICS (HONG KONG) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> METAMINING, INC.; OURO MINING, INC.; LING LI a/k/a LARRY LI; SONG QIANG CHEN a/k/a SONGQIANG CHEN, <br><br> Defendants. | Case No. CV-13-2658-EMC <br><br><br> **WRIT OF ATTACHMENT** |

After hearing on June 20, 2013, this Court having ordered that Plaintiff Zhenhua Logistics (Hong Kong) Co., Ltd. has a right to attach property of Defendant Metamining, Inc. in the amount up to $1,000,000.00 upon the posting of an undertaking in the amount of $10,000.00 and Plaintiff having duly posted said undertaking,

    1.    TO THE UNITED STATES MARSHAL.

    2.    This writ is to attach property of Defendant METAMINING, INC., 1065 E. Hillsdale Boulevard, Suite 328, Foster City, California 94404.

and the attachment is to secure: $1,000,000.00.

WRIT OF ATTACHMENT      Case No.cv-13-2658-EMC

3. Name and address of Plaintiff: ZHENHUA LOGISTICS (HONG KONG) CO., c/o Matthew Vafidis, Holland & Knight LLP, 50 California Street, San Francisco, California 94111.

4. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (*describe property and state its location; itemize by letter*):

Any and all corporate property of Defendant METAMINING, INC. located anywhere in the State of California that is subject to attachment pursuant to subdivision (a) of California Code of Civil Procedure section 487.010.

5. This writ may be served by any registered process server.

Dated: JUN 2 7 2013

Clerk, United States District Court

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -

WRIT OF ATTACHMENT                                          Case No. CV-13-2658 -EMC