UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENHUA LOGISTICS (HONG KONG) CO., LTD., | No. C-13-2658 EMC |
| Plaintiff, | **ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE** |
| v. | |
| METAMINING, INC., *et al.*, | |
| Defendants. | |

Previously, the Court granted in part Plaintiff's motion for a temporary restraining order. A hearing on Plaintiff's motion for a preliminary injunction is scheduled for July 3, 2013. The parties have submitted additional briefing for that hearing, which the Court has preliminarily reviewed. Having considered those briefs, the Court hereby gives Defendants Metamining, Mr. Li, and Mr. Chen the opportunity to provide supplemental briefing and/or evidence on the issues discussed below.

(1) In his declaration, Mr. Chen asserts that Metamining's interest in three assets (the Coal Creek Mine, the Iron Horse Project, and Barnett Energy, LLC) amounts to at least $500 million, *see* Docket No. 36 (Chen Decl. ¶ 13), but offers no specific information or documentary evidence to back up this assertion.

(2) In a declaration submitted on behalf of Ouro Mining, Mr. Fisher-Stamp maintains that Metamining paid approximately $5 million for its initial ownership interest in Ouro Mining. *See* Docket No. 28 (Fisher-Stamp Decl. ¶ 8). Defendants seem to claim that the money paid by

Metamining was actually given to Metamining by Mr. Chen, Mr. Li (or the Hong Kong investor), or Metawise, but offers no documentary evidence to support this contention. In addition, there is no additional information about the funds allegedly given to Metamining, including whether the individuals or Metawise received consideration from Metamining for the funds.

Any supplemental briefing and/or evidence shall be filed by 8:00 a.m. on July 3, 2013.

IT IS SO ORDERED.

Dated: July 1, 2013

_____
EDWARD M. CHEN
United States District Judge