Jeffrey H. Lowenthal  (State Bar No. 111763)
Robert W. Biederman (State Bar No. 177321)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California  94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email:  jlowenthal@steyerlaw.com
           rbiederman@steyerlaw.com

Attorneys for Defendant Ouro Mining, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENHUA  LOGISTICS (HONG KONG) CO., LTD.,<br><br>            Plaintiff,<br><br>      vs.<br><br>METAMINING, INC.; OURO MINING, INC.; LING LI aka LARRY LI; SONG QIANG CHEN a/ka SONGQUANG CHEN and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. CV-13-2658-EWC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT OURO MINING, INC.'S REQUEST TO WITHDRAW MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Date: August 22, 2013<br>Time: 1:30 p.m.<br>Location: 17^(TH) Floor, Courtroom No. 5<br>450 Golden Gate Avenue<br>San Francisco, CA |

This matter coming on to be heard on Defendant Ouro Mining, Inc.'s ("Ouro Mining") request to withdraw Motion to Dismiss Plaintiff's First Amended Complaint Under Fed. R. Civ. P. 12(b)(6) and 9(b) ("Motion to Dismiss") [Dkt. No. 65] in light of Plaintiff Zhenhua Logistics (Hong Kong) Co., Ltd.'s Voluntary Dismissal of Ouro Mining on July 19, 2013 [Dkt. No. 75];

IT IS HEREBY ORDERED That Our Mining, Inc.'s Request to Withdraw Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 65] is granted.

Dated: __7/23_____, 2013



_____
District Judge

- 2 -
[PROPOSED] ORDER GRANTING DEFENDANT OURO MINING, INC.,'S REQUEST TO WITHDRAW MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No. CV-13-2658-EWC