UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENHUA LOGISTICS (HONG KONG) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> METAMINING, INC., <br><br> Defendant. | Case No. CV-13-2658-EMC <br><br> [~~PROP~~OSED] ORDER TO CONTINUE AUGUST 29, 2013 HEARING |

After reviewing the stipulation filed by all parties and upon good cause, the Court orders that the Hearing on Plaintiff's Motion for Leave to File Second Amended Complaint and Defendant's Motion to Dismiss First Amended Complaint be continued from August 29, 2013 to September 19, 2013 at 1:30 p.m.

PURUSANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/27, 2013

_____
EDWARD M. Chen
United States District Judge

APPROVED
Judge Edward M. Chen

[PROPOSED] ORDER TO CONTINUE HEARING                    Case No. CV-13-2658-EMC