HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Kyong M. Kim (California Bar # 273077)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California  94111
Telephone: 415.743.6900
Fax: 415.743.6910
matthew.vafidis@hklaw.com
kyong.kim@hklaw.com
adanna.love@hklaw.com

Attorneys for Plaintiff,
ZHENHUA LOGISTICS (HONG KONG) CO., LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENHUA LOGISTICS (HONG KONG) CO., LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>METAMINING, INC.,<br><br>            Defendant. | Case No.  CV-13-2658-EMC<br><br>**REQUEST FOR RELEASE OF**<br>**SECURITY AND [PROP~~OS~~ED] ORDER** |

TO THE CLERK OF COURT,

On June 20, 2013, Plaintiff Zhenhua Logistics (Hong Kong) Co. Ltd. ("Zhenhua") submitted $5,000 to the Clerk of Court as security for the TRO issued by this Court;

Pursuant to the Court's order on July 3, 2013, the TRO expired on July 4, 2013, and Zhenhua was given the right to seek the return of the posted security;

By this filing, Zhenhua seeks the return of the $5,000 security posted with the Clerk of Court and requests that it be released on behalf of Zhenhua to the law firm of Holland & Knight LLP.  **Zhenhua hereby waives its right to any interest that has accrued to-date on the security.**

                        HOLLAND & KNIGHT LLP

Dated: September 27, 2013      By: /s/  *Adanna M. Love*
                                      Matthew P. Vafidis
                                      Adanna M. Love
                                      Kyong M. Kim
                                      Attorney for Plaintiff,
                                      ZHENHUA LOGISTICS (HONG KONG) CO. LTD.

IT IS SO ORDERED.

Dated: \_\_\_\_9/30\_\_\_\_, 2013



EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

---

[PROPOSED] ORDER TO CONTINUE HEARING                Case No. CV-13-2658-EMC

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910