HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Kyong M. Kim (California Bar # 273077)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California  94111
Telephone: 415.743.6900
Fax: 415.743.6910
matthew.vafidis@hklaw.com
kyong.kim@hklaw.com
adanna.love@hklaw.com

Attorneys for Plaintiff,
ZHENHUA LOGISTICS (HONG KONG) CO., LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENHUA LOGISTICS (HONG KONG) CO., LTD., <br><br>                 Plaintiff, <br><br>        vs. <br><br> METAMINING, INC., <br><br>                 Defendant. | Case No.  CV-13-2658-EMC <br><br> **REQUEST FOR RELEASE OF SECURITY AND [PROPOSED] ORDER** |

TO THE CLERK OF COURT,

On June 20, 2013, Plaintiff Zhenhua Logistics (Hong Kong) Co. Ltd. ("Zhenhua") submitted $5,000 to the Clerk of Court as security for the TRO issued by this Court;

Pursuant to the Court's order on July 3, 2013, the TRO expired on July 4, 2013, and Zhenhua was given the right to seek the return of the posted security;

By this filing, Zhenhua seeks the return of the $5,000 security posted with the Clerk of Court and requests that it be released on behalf of Zhenhua to the law firm of Holland & Knight LLP.  **Zhenhua hereby waives its right to any interest that has accrued to-date on the security.**

HOLLAND & KNIGHT LLP

Dated: September 27, 2013

By: /s/  *Adanna M. Love*
Matthew P. Vafidis
Adanna M. Love
Kyong M. Kim
Attorney for Plaintiff,
ZHENHUA LOGISTICS (HONG KONG) CO. LTD.

IT IS SO ORDERED.

Dated: __9/30__, 2013



[PROPOSED] ORDER TO CONTINUE HEARING                                   Case No. CV-13-2658-EMC