HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: 415.743.6900
Fax: 415.743.6910
matthew.vafidis@hklaw.com
adanna.love@hklaw.com

Attorneys for Plaintiff,
ZHENHUA LOGISTICS (HONG KONG) CO., LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENHUA LOGISTICS (HONG KONG) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> METAMINING, INC., <br><br> Defendant. | Case No. CV-13-2658-EMC <br><br> **REQUEST FOR RELEASE OF** <br> **SECURITY AND [PROPOSED] ORDER** |

1   TO THE CLERK OF COURT,

2   On June 20, 2013, Plaintiff Zhenhua Logistics (Hong Kong) Co. Ltd. ("Zhenhua") submitted

3   $10,000 to the Clerk of Court as security for the writ of attachment issued by this Court;

4   On November 15, 2013, Zhenhua filed a Notice of Voluntary Dismissal of Metamining, Inc.

5   ("Metamining"). The dismissal of Metamining extinguishes the writ of attachment and releases all

6   property attached thereunder;

7   By this filing, Zhenhua seeks the return of the $10,000 security posted with the Clerk of

8   Court and requests that it be released on behalf of Zhenhua to the law firm of Holland & Knight

9   LLP. **Zhenhua hereby waives its right to any interest that has accrued to-date on the security.**

HOLLAND & KNIGHT LLP

Dated: November 18, 2013        By: /s/ *Adanna M. Love*
                                    Matthew P. Vafidis
                                    Adanna M. Love

                                Attorney for Plaintiff,
                                ZHENHUA LOGISTICS (HONG KONG) CO. LTD.

IT IS SO ORDERED.

Dated: November 19, 2013        _____
                                EDWARD M. CHEN
                                United States District Judge



GRANTED
Judge Edward M. Chen

1
REQUEST & [PROPOSED] ORDER TO RELEASE SECURITY                Case No. CV-13-2658-EMC

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910