HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California  94111
Telephone: 415.743.6900
Fax: 415.743.6910
matthew.vafidis@hklaw.com
adanna.love@hklaw.com

Attorneys for Plaintiff,
ZHENHUA LOGISTICS (HONG KONG) CO., LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHENHUA LOGISTICS (HONG KONG) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> METAMINING, INC., <br><br> Defendant. | Case No.  CV-13-2658-EMC <br><br> **REQUEST FOR RELEASE OF** <br> **SECURITY AND [PROPOSED] ORDER** |

TO THE CLERK OF COURT,

On June 20, 2013, Plaintiff Zhenhua Logistics (Hong Kong) Co. Ltd. ("Zhenhua") submitted $10,000 to the Clerk of Court as security for the writ of attachment issued by this Court;

On November 15, 2013, Zhenhua filed a Notice of Voluntary Dismissal of Metamining, Inc. ("Metamining").  The dismissal of Metamining extinguishes the writ of attachment and releases all property attached thereunder;

By this filing, Zhenhua seeks the return of the $10,000 security posted with the Clerk of Court and requests that it be released on behalf of Zhenhua to the law firm of Holland & Knight LLP.  **Zhenhua hereby waives its right to any interest that has accrued to-date on the security.**

HOLLAND & KNIGHT LLP

Dated: November 18, 2013      By: /s/  *Adanna M. Love*
                                  Matthew P. Vafidis
                                  Adanna M. Love

                              Attorney for Plaintiff,
                              ZHENHUA LOGISTICS (HONG KONG) CO. LTD.

IT IS SO ORDERED.

Dated: November __19__, 2013     _____
                                 EDWARD M. CHEN
                                 United States District Judge


GRANTED
Judge Edward M. Chen

REQUEST & [PROPOSED] ORDER TO RELEASE SECURITY        Case No. CV-13-2658-EMC

1